IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER and<br>CATHERINE HINCKLEY KELLEY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>                    Defendant,<br><br>HILLARY FOR AMERICA and<br>CORRECT THE RECORD,<br><br>                    Defendant-Intervenors. | 1:19-cv-02336-JEB |

## NOTICE OF RELATED CASE

Plaintiffs hereby notice this Court and the parties to this action that plaintiff Campaign Legal Center ("CLC") has initiated a private action under 52 U.S.C. § 30109(a)(8)(C) against Hillary for America and Correct the Record, defendant-intervenors herein. CLC filed *CLC v. Correct the Record & Hillary for America*, 1:23-cv-00075, on January 10, 2023, three days after the expiration of Defendant Federal Election Commission's ("FEC" or "Commission") January 7 deadline to conform with this Court's December 8, 2022 order and opinion, *see* ECF Nos. 67 & 68, and designated it a related case to this action.

Because the Commission neither acted on the Court's remand order within its 30-day conformance window nor obtained a stay or postponement of its deadline to conform, and CLC has accordingly exercised its statutory right of action pursuant to 52 U.S.C. § 30109(a)(8)(C), the FEC's pending motion for stay pending appeal is now likely moot.

Respectfully submitted,

*/s/ Tara Malloy*
Tara Malloy (DC Bar No. 988280)
  tmalloy@campaignlegalcenter.org
Megan P. McAllen (DC Bar No. 1020509)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

    Respectfully submitted,

    */s/ Tara Malloy*
    Tara Malloy (DC Bar No. 988280)
      tmalloy@campaignlegalcenter.org
    CAMPAIGN LEGAL CENTER
    1101 14th St. NW, Suite 400
    Washington, D.C. 20005
    (202) 736-2200